No. 10, Original. GEORGIA v. PENNSYLVANIA RAILROAD Co. ET AL. Upon consideration of the motions of the defendants to dismiss and the joinder therein by the complainant,

It is ordered that the amended bill of complaint be, and the same is hereby, dismissed.

Costs, including the fee of the Special Master and his expenses, not satisfied by moneys advanced by the parties during the course of the case, are to be taxed against the defendants.

*Eugene Cook,* Attorney General of Georgia, and *William L. McGovern,* Deputy Assistant Attorney General, for complainant. *John Dickinson, Hugh B. Cox, J. Aronson, E. H. Burgess, D. O. Mathews, James B. Osborne, W. T. Pierson, Harold A. Smith, E. Randolph Williams, D. Lynch Younger, Thomas M. Woodward, Sidney S. Alderman, William H. Swiggart, W. L. Grubbs, W. R. C. Cocke, Vernon W. Foster, Richard B. Gwathmey* and *R. V. Fletcher* for the Pennsylvania Railroad Co. et al.; and *Robert W. Purcell* and *Horace L. Walker* for the Chesapeake & Ohio Railway Co., defendants.

No. 217, Misc. JERONIS v. SUPREME COURT OF MICHIGAN. Motion for leave to file petition for writ of mandamus denied.

No. 225, Misc. SGRO v. BURKE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 295. ROBERTSON, PRESIDENT, ARMY REVIEW BOARD, v. CHAMBERS. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* for petitioner. *H. Russell Bishop* for respondent.